# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>REGAL BELOIT CORPORATION )<br>)<br>and )<br>)<br>A.O. SMITH CORPORATION, )<br>)<br>Defendants )<br>_____) | Case No. 1:11-cv-01487-ESH |

## REPORT AND CERTIFICATION OF COMPLIANCE WITH TUNNEY ACT REQUIREMENTS ON BEHALF OF REGAL BELOIT CORPORATION

Pursuant to Section 2(g) of the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(g) ("the Tunney Act"), Defendant Regal Beloit Corporation respectfully submits the following description of "any and all written or oral communications by or on behalf of [Regal Beloit Corporation] . . . with any officer or employee of the United States concerning or relevant to" the Proposed Final Judgment filed in this matter on August 17, 2011.  Consistent with the requirements of the Tunney Act, this description excludes "communications made by counsel of record alone with the Attorney General or the employees of the Department of Justice alone."

1.  On May 4, 2011, counsel for Regal Beloit Corporation ("RBC") communicated in writing with counsel for the United States.  Peter Underwood, Vice President, General Counsel, and Secretary for RBC, Bryan Steil, Assistant General Counsel - Corporate for RBC, and counsel for A.O. Smith Corporation ("AOS"), were copied.

2. On May 12, 2011, counsel for RBC communicated in writing with counsel for the United States. Peter Underwood, Vice President, General Counsel, and Secretary for RBC, and Bryan Steil, Assistant General Counsel - Corporate for RBC, were copied.

3. On May 19, 2011, counsel for RBC communicated in writing with counsel for the United States. Peter Underwood, Vice President, General Counsel, and Secretary for RBC, Bryan Steil, Assistant General Counsel - Corporate for RBC, and counsel for AOS, were copied.

4. On May 25, 2011, counsel for RBC communicated in writing with counsel for the United States. Peter Underwood, Vice President, General Counsel, and Secretary for RBC, Bryan Steil, Assistant General Counsel - Corporate for RBC, and counsel for AOS, were copied.

5. On May 26, 2011, counsel for RBC and AOS met with employees of the Department of Justice, including counsel for the United States, in Washington D.C. Michael Wickiser, Senior Vice President, Commercial & Industrial Motors and Generators, and Bryan Steil, Assistant General Counsel - Corporate for RBC, also attended the meeting on behalf of RBC.

6. On June 1, 2011, counsel for RBC communicated in writing with counsel for the United States. Peter Underwood, Vice President, General Counsel, and Secretary for RBC, Bryan Steil, Assistant General Counsel - Corporate for RBC, and counsel for AOS, were copied.

7. On June 2, 2011, counsel for RBC communicated in writing with counsel for the United States. Peter Underwood, Vice President, General Counsel, and Secretary for RBC, and Bryan Steil, Assistant General Counsel - Corporate for RBC, were copied.

8. On June 6, 2011, counsel for RBC communicated in writing with counsel for the United States. Peter Underwood, Vice President, General Counsel, and Secretary for RBC, Bryan Steil, Assistant General Counsel - Corporate for RBC, and counsel for AOS were copied.

9. On June 7, 2011, counsel for RBC communicated in writing with counsel for the United States. Peter Underwood, Vice President, General Counsel, and Secretary for RBC, and Bryan Steil, Assistant General Counsel - Corporate for RBC, were copied.

10. On June 15, 2011, counsel for RBC communicated in writing with counsel for the United States. Peter Underwood, Vice President, General Counsel, and Secretary for RBC, and Bryan Steil, Assistant General Counsel - Corporate for RBC, were copied.

11. On June 21, 2011, counsel for RBC communicated in writing with counsel for the United States. Peter Underwood, Vice President, General Counsel, and Secretary for RBC, Bryan Steil, Assistant General Counsel - Corporate for RBC, and counsel for AOS were copied.

12. On June 27-28, 2011, counsel for RBC and counsel for the United States exchanged communications in writing. Peter Underwood, Vice President, General Counsel, and Secretary for RBC, was copied.

13. On June 28, 2011, counsel for RBC participated in a teleconference with counsel for the United States. Peter Underwood, Vice President, General Counsel, and Secretary for RBC, also participated in the teleconference.

14. On July 5, 2011, counsel for RBC and counsel for the United States exchanged communications in writing. Peter Underwood, Vice President, General Counsel, and Secretary for RBC, was copied.

15. On July 6, 2011, counsel for RBC and AOS participated in a teleconference with counsel for the United States. Peter Underwood, Vice President, General Counsel, and Secretary for RBC, and Gregory Thompson, Director, Commercial Motors Technology, also participated in the teleconference on behalf of RBC.

WASH_8171211

16. On July 7, 2011, counsel for RBC communicated in writing with counsel for the United States. Peter Underwood, Vice President, General Counsel, and Secretary for RBC, was copied.

17. On July 8, 2011, counsel for RBC and AOS participated in a teleconference with counsel for the United States. In addition to a representative of AOS, Peter Underwood, Vice President, General Counsel, and Secretary for RBC, and Bryan Steil, Assistant General Counsel - Corporate for RBC, also participated in the teleconference.

18. Also on July 8, 2011, counsel for RBC communicated in writing with counsel for the United States. Peter Underwood, Vice President, General Counsel, and Secretary for RBC, was copied.

19. On July 11-12, 2011, counsel for RBC and counsel for the United States exchanged communications in writing. Peter Underwood, Vice President, General Counsel, and Secretary for RBC, was copied.

20. On July 12, 2011, counsel for RBC participated in a teleconference with counsel for the United States. Peter Underwood, Vice President, General Counsel, and Secretary for RBC, also participated in the teleconference.

21. On July 13, 2011, counsel for RBC participated in a teleconference with counsel for the United States. Peter Underwood, Vice President, General Counsel, and Secretary for RBC, also participated in the teleconference.

22. Later on July 13, 2011, counsel for RBC and AOS participated in a teleconference with counsel for the United States. Peter Underwood, Vice President, General Counsel, and Secretary for RBC, and Bryan Steil, Assistant General Counsel - Corporate for RBC, also participated in the teleconference.

WASH_8171211

23. Later on July 13, 2011, counsel for RBC communicated in writing with counsel for the United States. Peter Underwood, Vice President, General Counsel, and Secretary for RBC, and Bryan Steil, Assistant General Counsel - Corporate for RBC, were copied.

24. On July 14, 2011, counsel for RBC communicated in writing with counsel for the United States. Peter Underwood, Vice President, General Counsel, and Secretary for RBC, Bryan Steil, Assistant General Counsel - Corporate for RBC, and counsel for AOS were copied.

25. On July 15, 2011, counsel for RBC and counsel for the United States exchanged communications in writing. Peter Underwood, Vice President, General Counsel, and Secretary for RBC, Bryan Steil, Assistant General Counsel - Corporate for RBC, and counsel for AOS were copied.

26. On July 16, 2011, counsel for RBC communicated in writing with counsel for the United States. Peter Underwood, Vice President, General Counsel, and Secretary for RBC, Bryan Steil, Assistant General Counsel - Corporate for RBC, and counsel for AOS were copied.

27. On July 18, 2011, counsel for RBC and counsel for the United States exchanged communications in writing. Peter Underwood, Vice President, General Counsel, and Secretary for RBC, Bryan Steil, Assistant General Counsel - Corporate for RBC, and counsel for AOS were copied.

28. On July 19, 2011, counsel for RBC and AOS participated in a teleconference with counsel for the United States. In addition to a representative of AOS, Mark Gliebe, President, Director, and Chief Executive Officer for RBC, Peter Underwood, Vice President, General Counsel, and Secretary for RBC, and Bryan Steil, Assistant General Counsel - Corporate for RBC also participated in the teleconference.

WASH_8171211

29. On July 20, 2011, counsel for RBC and counsel for the United States exchanged communications in writing. Peter Underwood, Vice President, General Counsel, and Secretary for RBC, Bryan Steil, Assistant General Counsel - Corporate for RBC, and counsel for AOS were copied.

30. On July 21, 2011, counsel for RBC participated in a teleconference with counsel for the United States. Peter Underwood, Vice President, General Counsel, and Secretary for RBC, also participated in the teleconference.

31. On July 22, 2011, counsel for RBC participated in a teleconference with counsel for the United States. Peter Underwood, Vice President, General Counsel, and Secretary for RBC, and Bryan Steil, Assistant General Counsel - Corporate for RBC, also participated in the teleconference.

32. On July 22, 2011, counsel for RBC also communicated in writing with counsel for the United States. Peter Underwood, Vice President, General Counsel, and Secretary for RBC, was copied. Bryan Steil, Assistant General Counsel - Corporate for RBC, also was copied on part of the communications.

33. On August 8, 2011, counsel for RBC and AOS participated in a teleconference with counsel for the United States. Bryan Steil, Assistant General Counsel - Corporate for RBC, and Nate Kieper, Director of Finance, Commercial & Industrial Motors and Generators, also participated in the teleconference on behalf of RBC.

34. On August 9, 2011, counsel for RBC participated in a teleconference with counsel for the United States. Peter Underwood, Vice President, General Counsel, and Secretary for RBC, and Bryan Steil, Assistant General Counsel - Corporate for RBC, also participated in the teleconference.

WASH_8171211

35. On August 12, 2011, counsel for RBC and AOS participated in a teleconference with counsel for the United States. Bryan Steil, Assistant General Counsel - Corporate for RBC also participated in the teleconference.

36. Later on August 12, 2011, counsel for RBC participated in a teleconference with counsel for the United States. Bryan Steil, Assistant General Counsel - Corporate for RBC also participated in the teleconference.

37. On August 15, 2011, Peter Underwood, Vice President, General Counsel, and Secretary for RBC, communicated in writing with counsel for the United States. Counsel for the United States replied in writing to Mr. Underwood later that day. Counsel for RBC and a representative of AOS were also copied.

38. On August 16, 2011, counsel for RBC and AOS participated in a teleconference with counsel for the United States. Peter Underwood, Vice President, General Counsel, and Secretary for RBC, Bryan Steil, Assistant General Counsel - Corporate for RBC, and a representative of AOS also participated in the teleconference.

WASH_8171211

Regal Beloit Corporation certifies that, with this submission, it has complied with the requirements of 15 U.S.C. § 16(g) and that, to the best of its knowledge and belief, this filing is a true and complete description of such communications known to Regal Beloit Corporation.

Dated:  August 25, 2011                                         Respectfully submitted,

          /s/ Melinda F. Levitt
Howard W. Fogt, Jr. (D.C. Bar No. 075069)
Alan D. Rutenberg (D.C. Bar No. 451293)
Melinda F. Levitt (D.C. Bar No. 429581)
**FOLEY & LARDNER LLP**
3000 K Street, N.W.
Suite 600
Washington, D.C. 20007-5109
202.672.5300

*Attorneys for Defendant Regal Beloit Corporation*

## CERTIFICATE OF SERVICE

I, Melinda F. Levitt, hereby certify that on August 25, 2011, I filed the foregoing **REPORT AND CERTIFICATION OF COMPLIANCE WITH TUNNEY ACT REQUIREMENTS ON BEHALF OF REGAL BELOIT CORPORATION** with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to the following counsel of record for the Plaintiff, the United States of America:

> Christine A. Hill
> U.S. DEPARTMENT OF JUSTICE
> Antitrust Division, Litigation II Section
> 450 Fifth Street NW
> Suite 8700
> Washington DC 20530

I further certify that on this date, I caused copies of the foregoing to be mailed to the following counsel for Defendant A.O. Smith Corporation who are non-filing users of the CM/ECF system:

| | |
|---|---|
| Sean F.X. Boland | James Kress |
| BAKER BOTTS LLP | BAKER BOTTS LLP |
| 1299 Pennsylvania Ave NW | 1299 Pennsylvania Ave NW |
| Washington DC 20004 | Washington DC 20004 |

                                              /s/ Melinda F. Levitt
                                              Melinda F. Levitt

WASH_8171211